UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 17-cv-24575- UU

JORGE L. ABREU
and other similarly-situated individuals,

    Plaintiff(s),
v.

FREE FLOW CONSTRUCTION, INC.,
And FELIPE A. RODRIGUEZ JR.,
Individually.

    Defendants,
_____/

## STATEMENT OF CLAIM

Plaintiff, by and through its undersigned counsel, hereby submit pursuant to the Honorable Judge Ursula Ungaro's Order, dated December 22, 2017 [D.E. 5], Plaintiff's Statement of Claim. As grounds, the Plaintiffs state:

Plaintiff endeavored at this stage of litigation to formulate its Statement of Claim on the basis of the best data available. Defendant and/or persons who are non-parties or who are no longer employees of Defendant may have relevant information or documents, but Plaintiff is not purporting to provide in this Statement of Claim, confirmed information, if any, presently possessed by such persons. Discovery is ongoing.

1. On December 18, 2017, Plaintiff JORGE L. ABREU through his undersigned counsel filed his Fair Labor Standards Act cause of action against his former employers, FREE FLOW CONSTRUCTION, INC., and FELIPE A. RODRIGUEZ JR., individually.

2. **Total Amount of Alleged Unpaid Wages**: Discovery in this cause of action is ongoing. As such, subject to such additional or different information that discovery or

further investigation may disclose, Plaintiff at this time alleges that a pre-discovery estimate that is due and owing to Plaintiff is as follows:

**A. Overtime:** $2,964.00

* Please note that these amounts are based on a preliminary calculation and that these figures could be subject to modifications as discovery could dictate. Plaintiff is not in possession of records at this moment, but will adjust his calculations after proper discovery.

   a. Total amount of alleged unpaid O/T wages:

   Two Thousand Nine Hundred Sixty-Four Dollars and 00/100 ($2,964.00)

   b. Calculation of such wages:

   Relevant weeks of employment: 16 weeks
   Total hours worked: 47.5 hours weekly plus 32 O/T hours worked on 4 Saturdays
   Total overtime hours: 7.5 O/T hours
   Regular rate: $13.00 x 1.5= $19.50 O/T rate

   1.- $19.50 O/T rate x 7.5 O/T hours=$146.25 x 16 weeks=$2,340.00
   2.- $19.50 O/T rate x 32 O/T hours = $624.00

   Nature of wages (e.g. overtime or straight time):

   This amount represents unpaid overtime wages.

**B. FLSA Minimum Wages: $1,101.60**

*Florida minimum wage is $8.05, which is higher than Federal minimum wage. As per FLSA regulations the higher minimum wage applies.

   a. Total amount of alleged unpaid wages:

   One Thousand One Hundred One Dollars and 60/100 ($1,101.60)

   b. Calculation of such wages:

   Total weeks of employment 16
   Total unpaid weeks: 4 weeks
   Total hours worked: 3 weeks of 40 hours weekly plus 2 days of 8 hours each.

      Federal minimum wage:  $7.25
      Florida minimum wage:  $8.10

      1.- 2017 Fl. minimum wage $8.10 x 40 hrs.= $324.00 x 3 weeks= $972.00
      2.- 2017 Fl. minimum wage $8.10 x 16 hrs.= $129.60

      Total 1 + 2:  $1,101.60

    c.  <u>Nature of wages</u>:

This amount represents unpaid minimum wages.

**C.  <u>Attorney's Fees and Costs</u>:  To be determined.**

3. Plaintiff JORGE L. ABREU is owed the amount of Two Thousand Nine Hundred Sixty-Four Dollars and 00/100 ($2,964.00) in unpaid overtime; plus One Thousand One Hundred One Dollars and 60/100 ($1,101.60) in minimum wages and a reasonable amount in Attorney's Fees and Costs.

4. Therefore, Plaintiff JORGE L. ABREU is owed a total amount of $8,131.20 ($4,065.60 unliquidated and $4,065.60 liquidated); plus a reasonable amount in Attorney's Fees and Costs.

WHEREFORE, based on the foregoing, the Plaintiff JORGE L. ABREU, files his Statement of Claim.

Dated: January 12, 2018

      Respectfully submitted,

      **ZANDRO E. PALMA, P.A.**
      **Attorney for Plaintiff**
      9100 S. Dadeland Blvd, Suite 1500,
      Miami, Florida, 33156
      Telephone:  (305) 446-1500
      Facsimile:   (305) 446-1502
      zep@thepalmalawgroup.com
      BY:  <u>s/Zandro E. Palma</u>
      Zandro E. Palma Esq.

Florida Bar No.: 0024031

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 12, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

BY: **s/Zandro E. Palma**
Zandro E. Palma Esq.
Florida Bar No.: 0024031